IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LAFENUS BURTON,** : | | |
| *Petitioner*, : | | |
| : | | |
| v. : | CIVIL ACTION NO. 24-cv-1579 | |
| : | | |
| **SUPERINTENDENT JOSEPH TERRA,** : | | |
| *et al.*, : | | |
| *Respondents*. : | | |

## ORDER

**AND NOW**, this **11th** day of **July 2025**, upon review of the docket, the Petition for Writ of Habeas Corpus (ECF No. 2), the response to the Petition for Writ of Habeas Corpus (ECF No. 19), the Report and Recommendation filed by United States Magistrate Judge Scott W. Reid (ECF No. 20), and Petitioner's Objections to the Report and Recommendation (ECF No. 23), and after a thorough and independent review of the record, it is **ORDERED** that:

1. The Petitioner's objections are **OVERRULED;**

2. The Report and Recommendation of Magistrate Judge Scott W. Reid is **APPROVED** and **ADOPTED;**

3. The Petition for Writ of Habeas Corpus is **DENIED IN PART AND DISMISSED IN PART WITHOUT PREJUDICE**; and

4. No certificate of appealability will issue because the petitioner has not made a substantial showing of the denial of a constitutional right under 28 U.S.C. § 2253(c)(2).

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**